IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Location Data of cellular telephone<br>406-274-5745, with Electronic Serial<br>Number Unknown | MJ 20-13-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 10th day of June, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1